```
              FILED          RECEIVED
              ENTERED        SERVED ON
                             COUNSEL/PARTIES OF RECORD

              AUG 1 4 2014

           US DISTRICT COURT
           DISTRICT OF NEVADA
        BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-cr-249-APG-PAL |
| vs. | **ORDER MODIFYING BOND** |
| SENG CHEN YONG, | |
| Defendant. | |

IT IS HEREBY ORDERED that the following condition is added to the terms of supervised pretrial release imposed by the Court on July 31, 2014 (Bond, Document #120): Condition No. 64: The defendant shall refrain from gambling or entering any establishment whose primary business involves gambling activities.

IT IS FURTHER ORDERED that Condition No. 65, previously entered in error, is **stricken**. All other conditions of supervised pretrial release previously imposed remain in full effect.

DATED this 14th day of August, 2014.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge