UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:14-CR-249-APG-(PAL) |
| SENG CHEN YONG, HUI TANG, YAN ZHANG, YUNG KEUNG FAN, HERMAN CHUN SANG YEUNG, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**FINAL ORDER OF FORFEITURE**

On December 10, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant YAN ZHANG to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant YAN ZHANG pled guilty. Superseding Criminal Information, ECF No. 325; Plea Agreement, ECF No. 329; Change of Plea and Sentencing Minutes, ECF No. 346; Preliminary Order of Forfeiture, ECF No. 332.

On December 10, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant YUNG KEUNG FAN to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant YUNG KEUNG FAN pled guilty. Superseding Criminal Information, ECF No. 325; Plea Agreement, ECF No. 330; Change of Plea and Sentencing Minutes, ECF No. 347; Preliminary Order of Forfeiture, ECF No. 333.

On December 10, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant HERMAN CHUN SANG YEUNG to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant HERMAN CHUN SANG YEUNG pled guilty. Superseding Criminal Information, ECF No. 325; Plea Agreement, ECF No. 331; Change of Plea and Sentencing Minutes, ECF No. 348; Preliminary Order of Forfeiture, ECF No. 334.

On December 11, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant SENG CHEN YONG to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant SENG CHEN YONG pled guilty. Superseding Criminal Information, ECF No. 325; Plea Agreement, ECF No. 340; Change of Plea and Sentencing Minutes, ECF No. 350; Preliminary Order of Forfeiture, ECF No. 341.

/ / /

On December 11, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant HUI TANG to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant HUI TANG pled guilty. Criminal Indictment, ECF No. 86; Bill of Particulars, ECF No. 313; Plea Agreement, ECF No. 342; Change of Plea and Sentencing Minutes, ECF No. 349; Preliminary Order of Forfeiture, ECF No. 343.

On December 11, 2014, the United States District Court for the District of Nevada granted the United States Motion to Substitute and to Forfeit Property of Seng Chen Yong, Hui Tang, Yan Zhang, Herman Chun Sang Yeung, and Yung Keung Fan, and entered a Substitution and Forfeiture Order pursuant to Title 21, United States Code, Section 853(p). Substitution and Forfeiture Order, ECF No. 337.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 14, 2014, through January 12, 2015, notifying all potential third parties of their right to petition the Court. Notices of Filing Proof of Publication, ECF Nos. 399 - 401.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,

Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

Hui Tang agreed to the substitution and forfeiture of $250,000 in United States Currency and other specific assets listed below to satisfy the criminal forfeiture judgment; Sen Chen Yong agreed to the substitution and forfeiture of $400,000 in United States Currency and other specific assets listed below to satisfy the criminal forfeiture judgment; Yan Zhang agreed to the substitution and forfeiture of $125,000 in United States Currency and other specific assets listed below to satisfy the criminal forfeiture judgment; Herman Chun Sang Yeung agreed to the substitution and forfeiture of $125,000 in United States Currency and other specific assets listed below to satisfy the criminal forfeiture judgment; and Yung Keung Fan agreed to the substitution and forfeiture of $125,000 in United States Currency and other specific assets listed below to satisfy the criminal forfeiture judgment; including:

1. Evidence Report Item No. ("Item No.") 1B164 - Apple MacBook Pro laptop, model A1278 in blue case, S/N: C02H72W8DV14;
2. Item No. 1B163 - Apple MacBook Pro laptop, model A1278 in black case with a spy sticker;
3. Item No. 1B161 - Apple iPad, 24KT gold color, Crown Resorts Melbourne, Perth, Macau, London with Logitech keyboard;
4. Item No. 1B160 - Black Apple iPad Mini, model A1454 in black and white case;
5. Item No. 1B158 - Apple iPad, model A1474, in red case, S/N: DLXLL11JFK17;
6. Item No. 1B156 - Verizon Samsung Galaxy S4 cell phone marked with G#55;
7. Item No. 1B148 - White Apple iPhone 5 in case;
8. Item No. 1B137 - Sony Xperia cell phone and charger;
9. Item No. 1B129 - Samsung Verizon cell phone;
10. Item No. 1B121 - Blackberry phone, IMEI:353489047599137;
11. Item No. 1B120 - Apple MacBook Air laptop computer, S/N: C02H40VRDJWV with power cord;

4

12. Item No. 1B119 - Samsung Galaxy Note 3, S/N: RF8F5084JHH;

13. Item No. 1B118 - Apple iPad, model A1490, S/N: F4KM639NF1MN;

14. Item No. 1B117 - Two (2) AT&T Sim Card packages;

15. Item No. 1B110 - Router, model WBR-6805, S/N: 14012400441 with power cord;

16. Item No. 1B109 - Cooler Master PC, S/N: MIN110KKA2001142100024;

17. Item No. 1B108 - Cooler Master PC, S/N: MIN110KKA2001142100049;

18. Item No. 1B107 - Cooler Master PC, S/N: MIN110KKA2001142100007;

19. Item No. 1B106 - Samsung Laptop Computer, S/N: JC6291GD2002;

20. Item No. 1B105 - Samsung Galaxy Note 3, S/N: A0000040A34269;

21. Item No. 1B104 - Samsung Verizon cell phone, S/N: A000004813EE84;

22. Item No. 1B103 - Samsung Verizon cell phone, S/N: A000004811F498;

23. Item No. 1B102 - Samsung Galaxy Note 3, S/N: RF8F509SKZV;

24. Item No. 1B101 - Samsung Galaxy Note 3, S/N: R5FF50CXHSN;

25. Item No. 1B100 - Apple iPhone model A1530, IMEI: 358030050972723;

26. Item No. 1B96 - Samsung Galaxy Note 3, model SM-N9005 cell phone, S/N: RF1D80EDWJY;

27. Item No. 1B95 - Huawei Mobile WiFi device;

28. Item No. 1B93 - Samsung cell phone;

29. Item No. 1B92 - Nokia cell phone, black in color;

30. Item No. 1B91 - Apple iPhone model A1429, IMEI: 013350007417789;

31. Item No. 1B90 - Nokia cell phone, model 6120c;

32. Item No. 1B89 - Port WiFi, model E589u-12, S/N: P27NB92B1606782, IMEI: 863030010743378;

33. Item No. 1B86 - Samsung laptop, S/N: JD3V91GD7002 with power cord;

34. Item No. 1B83 - Samsung Galaxy Note 3, S/N: A000004577FCA5 with power cord;

35. Item No. 1B82 - Apple MacBook Pro laptop, model A1502, S/N: CO2LKPW6FGYY, with power cord;

36. Item No. 1B80 - Apple iPad Mini with pink cover, S/N: F87L6RPKF196 with power cord;

37. Item No. 1B79 - Router Model WBR-6805, S/N: 14012400449;

38. Item No. 1B78 - Apple iPhone in yellow case;

39. Item No. 1B77 - Samsung cell phone, model SM-B311V, S/N: A000004813EFD7;

40. Item No. 1B75 - Apple iPhone in black and silver case;

41. Item No. 1B74 - Samsung cell phone, Model SCH-U360;

42. Item No. 1B73 - Apple iPad Mini with pink case;

43. Item No. 1B71 - Samsung Galaxy Note 3, model SM-N9005 S/N: RF8F123VM3F;

44. Item No. 1B70 - Samsung cell phone, model SCH-U365, S/N: A00000458BD09C;

45. Item No. 1B69 - Huawei MiFi device, white in color;

46. Item No. 1B68 - Green Samsung, model 67-19505 with Sim Card, S/N: RF1D62XYTDD;

47. Item No. 1B67 - White Samsung Galaxy Note 2 LTE GT-N7105, in purple case with spare micro SD card, S/N: N105GSMH;

48. Item No. 1B64 - Samsung Verizon, model SCH-U365;

49. Item No. 1B63 - Huawei MiFi device;

50. Item No. 1B62 - Lenovo cell T-Mobile, model A859, S/N: HBQZZLRH;

51. Item No. 1B61 - Sony laptop, model SVP132A1CL, S/N: 54602011-0002516, service Tag: C60C84ER, product name SVP1321DCXS with charger;

52. Item No. 1B59 - Samsung Galaxy Note 3, model SM-N9005, S/N: RF1DB3FDABJ;

53. Item No. 1B58 - Samsung Galaxy Note, model SM-N900 with power cord, S/N: RF1DC2M8VFF;

54. Item No. 1B57 - Samsung Note, model SM-N9005, S/N: RF8F5DHC5DK;

55. Item No. 1B56 - Samsung cell, model SCH-U360, S/N: A0000030224937;

56. Item No. 1B48 - One Samsung Black G'z One Verizon cell phone with charger, S/N: 124350041136;

57. Item No. 1B44 - Apple iPhone 5S, IMEI: 358030052837817 with Kenzo USA case;

58. Item No. 1B43 - Apple iPhone 5S, IMEI: 358763054971792 with Kenzo eyeball case;

59. Item No. 1B35 - Apple iPhone 5S, S/N: C39LWHKZFRC7 with Kenzo Paris case;

60. Item No. 1B27. Kindle, black in color;

61. Item No. 1B24 - LG model LG-VN150PP flip phone;

62. Item No. 1B23 - Apple iPhone 5S white, S.N: C39MQ0ZVFNNL;

63. Item No. 1B20 - White iPad Mini;

64. Item No. 1B19 - Samsung phone, model SCH-U365, S/N: FCCIDA3L5CHU365;

65. Item No. 1B17 - Apple iPhone model A1530, IMEI: 358763054266086 with "The Devil" cover;

66. Item No. 1B16 - Apple iPhone model A1530, IMEI: 358842050988057;

67. Item No. 1B15 - Apple iPhone 5S, S/N: F17MV2S1FNJQ;

68. Item No. 1B14 - Apple iPhone 5S, S/N: C39LX066FNNK;

69. Item No. 1B13 - Apple iPhone, model A1429, IMEI: 013404004478904;

70. Item No. 1B12 - Verizon Samsung flip phone "G#52";

71. Item No. 1B3 - Apple MacBook Pro, model A1278, S/N: C02JHFFLDR54 with power cord;

72. Item No. 1B2 - Apple MacBook Pro, model A1278, S/N: C02MJBUWFD57;

73. Item No. 1B1 - Razer laptop, S/N: BY1333102400135;

74. Item No. 1B245 - Apple iPhone, model A1533, S/N: F2LMT11ZFFFK;

75. Item No. 1B238 - Apple iPhone, model A1533, S/N: F17LX4Q2FFFQ;

76. Item No. 1B237  Samsung Galaxy Note 3 cell phone, model SM-B311V, MEID: A000004811D4A0;

77. Item No. 1B230 - Samsung cell phone, model SCH-U365, MEID: A000003901AA3A;

78. Item No. 1B229 - Samsung cell phone, model N9005, SSN: N9005GSMH;

79. Item No. 1B225 - Black Apple iPhone, model A1533, IMEI: 013888006419983;

80. Item No. 1B224 - Black Apple iPhone, model A1533, IMEI: 013846006747662;

81. Item No. 1B223 - Sim cards inside a folded paper;

82. Item No. 1B215 - Apple iPhone, model A1533, IMEI: 013885008565615, white in color;

83. Item No. 1B214 - Samsung cell phone, model SPH-M270, HEX: A0000047CF59A9

(all of which constitutes "property");

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 25th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE